**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STENLY LALOAN RANTUNG, | No. 09-73832 |
| Petitioner, | Agency No. A078-020-447 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Stenly Laloan Rantung, a native and citizen of Indonesia, petitions for

review of the Board of Immigration Appeals' order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Rantung's only argument is that his case should be remanded for the agency to assess his withholding of removal claim under the disfavored group analysis. We reject Rantung's argument in light of our prior decision, *Rantung v. Mukasey*, No. 05-75377, 2008 WL 4155280 (9th Cir. Sept. 10, 2008), in which this court applied the disfavored group analysis to Rantung's withholding of removal claim and rejected his claim. Accordingly, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**